**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALBERTA QUIAH,                      :    No. 145 MM 2023

          Petitioner               :

           v.                    :

THE DEVEREUX FOUNDATION, INC.   :
D/B/A T/A DEVEREUX WHITLOCK    :
CENTER AND JAMES SESHER,        :
INDIVIDUALLY AND IN HIS CAPACITY AS   :
A DETECTIVE IN THE EASTTOWN      :
TOWNSHIP POLICE DEPARTMENT,     :

          Respondents            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  The Prothonotary is DIRECTED to docket Petitioner's previously submitted Petition for Allowance of Appeal.